O-JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cv-02683-ODW(ARGx) |
| Plaintiff, | |
| v. | **JUDGMENT ORDER** |
| $169,740.00 IN U.S. CURRENCY AND $194,840.00 IN U.S. CURRENCY, | |
| Defendant. | |

In accordance with this Court's Order Granting Plaintiffs' Motion for Default Judgment against Defendant Currency and Interested Parties Daniel Soto, Colette Park, Hong Natasha Sun, Gurdeep Singh and Julio Soto Perez (ECF No. 17), the Court hereby orders judgment in favor of Plaintiff United States and against Defendant Currency, in the total amount of $364,548.00.

**IT IS SO ORDERED.**

November 18, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**